IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:03CR341 |
| vs. ) | ORDER |
| JESSE WILKINSON, ) | |
| Defendant. ) | |

This matter is before the court on the Arrest Warrant for defendant Jesse Wilkinson (Wilkinson) (Filing No. 59). Wilkinson was ordered released upon conditions pending further proceedings on October 27, 2014 (Filing No. 57). Wilkinson was to reside at Catholic Charities Omaha Campus for Hope in Omaha, Nebraska, and abide by other conditions of release. On December 30, 2014, Wilkinson violated the conditions of his release by leaving Campus for Hope without authority.

Wilkinson appeared before the court December 31, 2014. He was represented by Assistant Federal Public Defender Richard H. McWilliams . The United States was represented by Assistant U.S. Attorney Matthew R. Molsen. After being advised of the nature of the allegations, his rights, and the consequences if the allegations were found to be true, Wilkinson waived any further hearing. The court finds Wilkinson has violated the conditions of his release.

After providing both parties an opportunity for allocution as to disposition, I find the Order Setting Conditions of Release should be revoked. Wilkinson has demonstrated he is unable to comply with rules of his release.

**IT IS ORDERED:**

1. The Order Setting Conditions of Release of Jesse Wilkinson (Filing No. 57) is hereby revoked.

2. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

3. Defendant Jesse Wilkinson will appear before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:30 p.m. on February 20, 2015**, for a final dispositional hearing on the allegations in the Petition for Offender Under Supervision (Filing No. 41).

DATED this 2nd day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge